EDWIN LEIBFREED v. GEORGE KLEINE.— Motion denied. Present — Finch, McAvoy, Martin, O'Malley and Proskauer, JJ.

KATE KIRSCH v. JACOB A. KIRSCH.— Motion denied, with ten dollars costs. Present — Finch, McAvoy, Martin, O'Malley and Proskauer, JJ.

WILLIAM F. SCHEPPY v. EIGHTH AVENUE RAILROAD COMPANY (Action No. 1). WILLIAM F. SCHEPPY v. EIGHTH AVENUE RAILROAD COMPANY (Action No. 2). TERESA F. SCHEPPY v. EIGHTH AVENUE RAILROAD COMPANY (Action No. 3).— Motion denied, with ten dollars costs. Present — Finch, McAvoy, Martin, O'Malley and Proskauer, JJ.

ROSE LEMBO v. HELEN WEINBERGER.— Motion denied, with ten dollars costs. Present — Finch, McAvoy, Martin, O'Malley and Proskauer, JJ.

LENCRIF REALTY CORPORATION v. THORVALD CAPPELEN.— Motion denied, with ten dollars costs. Present — Finch, McAvoy, Martin, O'Malley and Proskauer, JJ.

M. I. STEWART & CO., INC., and Another v. BERNARD K. MARCUS and Others.— Motion denied, with ten dollars costs. Present — Finch, McAvoy, Martin, O'Malley and Proskauer, JJ.

JESSE WEIL v. BROADWAY-JOHN STREET CORPORATION and Another.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon defendant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, McAvoy, Martin, O'Malley and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ZORA REALTY COMPANY and Others, and ELIZABETH J. COX and Others.— Motion denied, with ten dollars costs. Present — Finch, McAvoy, Martin, O'Malley and Proskauer, JJ.

EMMA T. MURPHY, as Administratrix, etc., of ROBERT P. MURPHY, Deceased, v. WILLIAM H. BARNUM and Others.— Motion denied, with ten dollars costs. Present — Finch, McAvoy, Martin, O'Malley and Proskauer, JJ.

GEORGE SHAMYER and Another v. HERMAN STRAUSS.— Motion denied, with ten dollars costs. Present — Finch, McAvoy, Martin, O'Malley and Proskauer, JJ.

THE CITY OF NEW YORK v. PIKE REALTY CO., INC.— Motion denied, with ten dollars costs. Present — Finch, McAvoy, Martin, O'Malley and Proskauer, JJ.

GERTRUDE BURY v. CHARLES W. BURY.— Motion denied. Present — Finch, McAvoy, Martin, O'Malley and Proskauer, JJ.

CATHERINE CONROY v. THE CITY OF NEW YORK.— Motion denied, with ten dollars costs. Present — Finch, McAvoy, Martin, O'Malley and Proskauer, JJ.

ANNA M. MATTHEWS v. WILLIAM THORNE MATTHEWS.— Motion granted. Present — Finch, McAvoy, Martin, O'Malley and Proskauer, JJ.

MADISON AVENUE REALTY COMPANY v. ARTHUR & WALTER PRICE, INC.— Motion denied, with ten dollars costs. Present — Finch, McAvoy, Martin, O'Malley and Proskauer, JJ.

GARNET MAY ROBERTS v. PHILIP F. DONOHUE and Another.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals and for a stay granted; questions certified. Present — Finch, McAvoy, Martin, O'Malley and Proskauer, JJ.